IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SCOTTIE J. CALDWELL**                                                          **PLAINTIFF**

**VS.**                            **CASE NO. 3:06CV00074 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
   **Social Security Administration**                                   **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the plaintiff, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings consistent with the Memorandum and Order entered this date. This remand is a "sentence four" remand as that phrase is defined in 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this __5__ day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE